■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COLIN WARD, Appellant. [8 NYS3d 333]—Judgment, Supreme Court, New York County (Roger S. Hayes, J.), rendered February 28, 2014, convicting defendant, after a nonjury trial, of burglary in the second degree and petit larceny, and sentencing him to an aggregate term of 3½ years, unanimously affirmed. The matter is remitted to Supreme Court for further proceedings pursuant to CPL 460.50 (5).

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348 [2007]). There is no reason to disturb the court's credibility findings.

To the extent the People's should have ascertained and disclosed the full extent of their witness's criminal history before the witness began his testimony, defendant has not established that he was prejudiced (*see e.g. People v Thomas*, 115 AD3d 496 [1st Dept 2014], *lv denied* 23 NY3d 969 [2014]). The witness revealed the impeachment material at issue while he was still on the witness stand, and defendant was able to make full use of the belatedly revealed material on cross-examination. Furthermore, defendant rejected the court's offer of a lengthy continuance for further investigation and preparation.

We have considered and rejected defendant's remaining claims. Concur—Tom, J.P., Sweeny, Andrias, Moskowitz and Gische, JJ.